IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRENT LAMBI,

Plaintiff,

vs.

UNITED STATES OF AMERICA,  THE
UNITED STATES DEPARTMENT OF
JUSTICE,  THE DRUG ENFORCEMENT
ADMINISTRATION,  THE DEPARTMENT OF
HOMELAND SECURITY,  THE
DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT,  THE MISSOURI
HOUSING DEVELOPMENT COMMISSION,
THE INTERNAL REVENUE SERVICE, and
ALL FEDERAL AGENCIES, OFFICERS,
EMPLOYEES, AGENTS, AND PERSONS
ACTING IN CONCERT THEREWITH,

Defendants.

8:26CV101

ORDER

This matter is before the Court on pro se plaintiff Brent Lambi's petition for emergency temporary restraining order, preliminary injunction, and federal protective order (Filing No. 1) and motion to compel Freedom of Information Act compliance (Filing No. 2). For the reasons set forth below, the motions will both be denied without prejudice.

In his petition, Lambi explains that he seeks injunctive relief against the defendants because "has been subjected to a systematic, ongoing, and coordinated pattern of unlawful government targeting, surveillance, harassment, obstruction of legal proceedings, interference with property rights, and suppression of First Amendment protected speech and civic activity." (Filing No. 1 at

2). His motion seeks to compel the defendants to comply with their "mandatory duties" under the Freedom of Information Act. (Filing No. 2 at 1).

But Lambi put the cart before the horse by filing a petition and motion before a complaint. *See, e.g., Betone v. Cheyenne River Sioux Tribal Council*, 104 F. App'x 604 (8th Cir. 2004) ("We agree with the district court that absent a complaint, [a motion for preliminary injunction] could not be entertained." (citations omitted)); *Powell v. Rios*, 241 Fed. Appx. 500, 505 n. 4 (10th Cir. 2007) ("[O]nly a properly-filed complaint can commence a civil action" and "(a)bsent a properly-filed complaint, a court lacks power to issue preliminary injunctive relief"); *Stewart v. U.S. I.N.S.*, 762 F.2d 193, 198 (2nd Cir. 1985); *Adair v. England*, 193 F. Supp. 2d 196, 200 (D.D.C. 2002).

Fed. R. Civ. P. 3 is clear: "A civil action is commenced by filing a complaint with the court." Until Lambi does so, the Court cannot entertain his requests for injunctive relief. Accordingly,

**IT IS ORDERED:**

1. Plaintiff Brent Lambi's petition for emergency temporary restraining order, preliminary injunction, and federal protective order (Filing No. 1) and motion to compel Freedom of Information Act compliance (Filing No. 2) are denied without prejudice.

2. The plaintiff must file a complaint within thirty days of this Memorandum and Order. If the plaintiff fails to file a complaint, this case will be dismissed without further notice.

3. If the plaintiff intends to pursue a preliminary injunction or temporary restraining order, he must separately file a motion that complies with Fed. R. Civ. P. 65 after he files a proper complaint.

Dated this 10th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2