IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENT LAMBI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,  THE UNITED STATES DEPARTMENT OF JUSTICE,  THE DRUG ENFORCEMENT ADMINISTRATION,  THE DEPARTMENT OF HOMELAND SECURITY,  THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,  THE MISSOURI HOUSING DEVELOPMENT COMMISSION, THE INTERNAL REVENUE SERVICE, and JOHN AND JANE DOES 1-50, Federal Agents, Officers, Employees and Contractors;<br><br>Defendants. | **8:26CV101**<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on pro se plaintiff Brent Lambi's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Filing No. 8).  For the reasons set forth below, the motion will be denied in part.

Plaintiff previously filed two similar motions seeking emergency injunctive relief.  (*See* Filing No. 1; Filing No. 6.)  This motion will be denied in part for the same reasons that Plaintiff's second motion for injunctive relief was denied.  (*See* Filing No. 7.)

Plaintiff's request for a temporary restraining order has not been properly presented under Fed. R. Civ. P. 65(b)(1).  Defendants have still not been served.  The verified complaint filed in this case still does not contain specific facts indicating why relief is necessary before Defendants can be heard in opposition, nor has Plaintiff filed an affidavit containing these specific facts.  (*See* Filing No. 5.)  Plaintiff has not certified efforts to notify Defendants.  Therefore, the Court will deny the motion for an emergency temporary restraining order.

The Court also cannot grant Plaintiff's motion for an emergency preliminary injunction without notice to Defendants, who have not been served. Fed. R. Civ. P. 65(b)(1). As stated in the Court's prior order, to the extent that the motion also requests a preliminary injunction after service of process, the Court will address the motion after Defendants are served with process and have responded to Plaintiff's motion. (Filing No. 7.)

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Filing No. 8) is denied in part. The Court will not issue a temporary restraining order or an emergency preliminary injunction.

2. To the extent that Plaintiff's motion seeks a preliminary injunction after service of process is made on Defendants, Defendants shall respond to Plaintiff's motion for preliminary injunction within 14 days of effective service of process.

Dated this 23rd day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge