IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| BRENT LAMBI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,  THE UNITED STATES DEPARTMENT OF JUSTICE,  THE DRUG ENFORCEMENT ADMINISTRATION,  THE DEPARTMENT OF HOMELAND SECURITY,  THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,  THE MISSOURI HOUSING DEVELOPMENT COMMISSION, THE INTERNAL REVENUE SERVICE, and JOHN AND JANE DOES 1-50, Federal Agents, Officers, Employees and Contractors;<br><br>Defendants. | **8:26CV101**<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion to Reconsider and Supplement (Filing No. 21) and Plaintiff's Motion for Continuance and Request for Judicial Clarification (Filing No. 22.)

Plaintiff's Motion to Reconsider and Supplement essentially seeks injunctive relief—he requests, in part, that the Court order Defendants to stop all "electronic harassment, directed energy operations, psychological targeting operations, and any other form of electronic or directed physical interference."  He also complains that Defendants are "stonewalling" his Freedom of Information Act requests and have wrongfully detained his vehicle. The Court, on several occasions, has advised Plaintiff that he must serve Defendants with the Complaint and all other

motions filed before injunctive relief will be considered. However, Plaintiff has not done so. Therefore, Plaintiff's Motion to Reconsider and Supplement will be denied.

Plaintiff's Motion for Continuance and Request for Judicial Clarification asks that the Court (1) grant a continuance of pending deadlines; (2) clarify the specific requirements and procedures this Court requires for pro se filings; and (3) schedule a status conference. First, Plaintiff does not have any pending deadlines in this case—other than Plaintiff's deadline to complete service of process under the Federal Rules of Civil Procedure. Second, information pertaining to the Court's procedures for pro se filings can be found on the Court's website. Also, as to Defendant's "substantive" questions pertaining to legal matters dealing with pro se filings and general legal questions, the Court is prohibited from giving Plaintiff legal advice. Third, there is no need for a status conference, as Defendants have not been served. Therefore, Plaintiff's Motion for Continuance will be denied.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion to Reconsider and Supplement (Filing No. 21) is denied.
2. Plaintiff's Motion for Continuance and Request for Judicial Clarification (Filing No. 22) is denied.

Dated this 13th day of May, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2