IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRENT LAMBI,

Plaintiff,

vs.

UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF JUSTICE, THE DRUG ENFORCEMENT ADMINISTRATION, THE DEPARTMENT OF HOMELAND SECURITY, THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, THE MISSOURI HOUSING DEVELOPMENT COMMISSION, THE INTERNAL REVENUE SERVICE, and JOHN AND JANE DOES 1-50, Federal Agents, Officers, Employees and Contractors;

Defendants.

**8:26CV101**

**FINDINGS AND RECOMMENDATION**

On August 7, 2026, the court entered an order requiring Plaintiff to show cause on or before September 6, 2026 why this case should not be dismissed pursuant to Fed.R.Civ.P. 4(m) and NECivR 41.2 for want of prosecution. (Filing No. 48). The court warned that failure to comply with its order may result in the dismissal of Plaintiff's complaint without further notice. Plaintiff did not respond to the show cause order. The undersigned now recommends that the court dismiss Plaintiff's complaint.

Plaintiff filed the Complaint on March 19, 2026. (Filing No. 5). Plaintiff filed returns of service for each defendant, but the court concluded that those returns were deficient and ordered Plaintiff to properly complete service within thirty (30) days, or no later than September 6, 2026. Plaintiff has taken no further action since the court's order and did not show cause why this case should not be dismissed for failure to prosecute.

Accordingly,

IT IS RECOMMENDED to the Honorable Susan M. Bazis, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff's complaint be dismissed in its entirety.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 14th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge