IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENT LAMBI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF JUSTICE, THE DRUG ENFORCEMENT ADMINISTRATION, THE DEPARTMENT OF HOMELAND SECURITY, THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, THE MISSOURI HOUSING DEVELOPMENT COMMISSION, THE INTERNAL REVENUE SERVICE, and JOHN AND JANE DOES 1-50, Federal Agents, Officers, Employees and Contractors;<br><br>Defendants. | **8:26CV101**<br><br>**MEMORANDUM AND ORDER** |

On August 7, 2026, the Magistrate Judge entered an order requiring Plaintiff to show cause on or before September 6, 2026, why this case should not be dismissed for failure to timely and properly complete service. (Filing No. 48.) Plaintiff was advised that failure to comply with the order could result in dismissal of any unserved defendant without further notice. (Filing No. 48.) Plaintiff did not respond to the show cause order.

On September 14, 2026, the Magistrate Judge issued a Findings and Recommendation (Filing No. 50), recommending that Plaintiff's Complaint be dismissed for failure to complete service and for want of prosecution. The order advised that failure to file an objection to the Findings and Recommendation may be held to be a waiver of any right to appeal this Court's adoption of the recommendation. Plaintiff has not objected to the Findings and Recommendation, and the deadline for doing so has passed.

28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923, 939

(1991). Also, failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object to the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). The parties were expressly admonished that failure to object as provided in the Local Rules may be held to be a waiver of any right to appeal this Court's adoption of the Findings and Recommendation. The failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985).

Accordingly, the Court will adopt the Magistrate Judge's Findings and Recommendation.

**IT IS ORDERED** that this case is hereby dismissed in its entirety.

Dated this 29th day of September, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge